IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hatcher, Lavoria D | Case Number: 08 B 01503 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 03/10/09 | Filed: 1/24/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 22, 2009
Confirmed:    April 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,735.31 |  |
| Secured: |  | 2,321.86 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 237.45 |
| Trustee Fee: |  | 176.00 |
| Other Funds: |  | 0.00 |
| Totals: | 2,735.31 | 2,735.31 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 237.45 |
| 2. | Nuvell Credit Company LLC | Secured | 16,386.71 | 2,281.60 |
| 3. | J V D B & Associates | Secured | 106.61 | 40.26 |
| 4. | Illinois Dept of Revenue | Priority | 199.00 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 20.26 | 0.00 |
| 6. | Genesis Financial Services Corp | Unsecured | 118.22 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 109.20 | 0.00 |
| 8. | Corporate America Family CU | Unsecured | 189.04 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 82.91 | 0.00 |
| 10. | US Bank | Unsecured | 84.12 | 0.00 |
| 11. | Genesis Financial Services Corp | Unsecured | 118.22 | 0.00 |
| 12. | Windsor Lakes | Unsecured | 513.48 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 462.00 | 0.00 |
| 14. | Nuvell Credit Company LLC | Unsecured | 65.10 | 0.00 |
| 15. | Sir Finance Corporation | Unsecured | 165.60 | 0.00 |
| 16. | Illinois Dept Of Transportation | Unsecured | | No Claim Filed |
| 17. | Credit Management Service | Unsecured | | No Claim Filed |
| 18. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 19. | National Credit Adjusters | Unsecured | | No Claim Filed |
| 20. | Professional Account Management | Unsecured | | No Claim Filed |
| 21. | Professional Account Management | Unsecured | | No Claim Filed |
| 22. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| | | | $ 22,084.47 | $ 2,559.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hatcher, Lavoria D

Printed: 03/10/09

Case Number: 08 B 01503
Judge: Wedoff, Eugene R
Filed: 1/24/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 11.99 |
| 6.5% | 131.06 |
| 6.6% | 32.95 |
| | $ 176.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*